IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 14 PM 4:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CR. NO. 03-20118-Ma |
| MARECO CARAWAY, ) | |
| Defendant. ) | |

ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

This matter is set for a re-sentencing hearing on Thursday, August 25, 2005 at 1:30 p.m. The defendant, Mareco Caraway, #18997-076, is confined as a prisoner at U.S. Penitentiary, Big Sandy, Inez, Kentucky. It is necessary to have Mareco Caraway appear in this court for the hearing.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, U.S. Penitentiary, Big Sandy, Inez, Kentucky, to have said Mareco Caraway before this court for the hearing.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July ___14___, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-18-05__

55

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:03-CR-20118 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT